## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Pamela Bomar v. Bayer Corporation, et al.* | No. 13-cv-10703-DRH |
| *Tara Elizabeth Cox v. Bayer Corporation, et al.* | No. 13-cv-10033-DRH |
| *Patricia K. D'Angelo v. Bayer Corporation, et al.* | No. 13-cv-10679-DRH |
| *Deborah Delillo DiCanto v. Bayer Corporation, et al.* | No. 13-cv-10678-DRH |
| *Janice L. Fisher v. Bayer Corporation, et al.* | No. 12-cv-11602-DRH |
| *Amanda Fyler v. Bayer Corporation, et al.* | No. 12-cv-11146-DRH |
| *Dawn Gilstrap v. Bayer Corporation, et al.* | No. 12-cv-11145-DRH |
| *Mary Haynes v. Bayer Corporation, et al.* | No. 13-cv-10675-DRH |
| *Melissa Lee Haynes v. Bayer Corporation, et al.* | No. 10-cv-10929-DRH |
| *Carmen Hosley v. Bayer Corporation, et al.* | No. 13-cv-10142-DRH |
| *Sharon Michelle Larson v. Bayer Corporation, et al.* | No. 12-cv-11577-DRH |
| *Jamie Sumner v. Bayer Corporation, et al.* | No. 13-cv-10721-DRH |
| *Deanna Thomas v. Bayer Corporation, et al.* | No. 13-cv-10677-DRH |
| *Valerie Williams v. Bayer Corporation, et al.* | No. 13-cv-10661-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 17, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                   **JUSTINE FLANAGAN,**
                                   **ACTING CLERK OF COURT**

                                   **BY:**  /s/*Caitlin Fischer*
                                             **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.03.18 14:54:26 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT